1
2
3
4
5
6
7
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | ) Case No. 3:19-MD-2913-WHO<br>)<br>) The Honorable William H. Orrick<br>)<br>) **[PROPOSED] ORDER GRANTING JLI'S**<br>) **MOTION TO DISMISS WITH PREJUDICE**<br>) **NON-COMMUNICATING PLAINTIFFS'**<br>) **CLAIMS**<br>)<br>) This Document Relates To:  All Actions<br>)<br>) The Hon. William H. Orrick<br>)<br>) |

Before the Court is the Motion by Defendant Juul Labs, Inc. to Dismiss With Prejudice Non-Communicating Plaintiffs' Claims identified in Exhibit A in the above referenced, consolidated actions. Having considered the Motion, and with good cause appearing therefore, the Court hereby GRANTS the Motion and DISMISSES the Complaints filed by all plaintiffs identified in Exhibit A with prejudice.

IT IS SO ORDERED.

Dated: July 21, 2023

The Honorable William H. Orrick
United States District Judge

# Exhibit A

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 1 | 20-cv-00128 | Laury, Taylor | *Taylor Laury v. JUUL Labs, Inc., PAX Labs, Inc., Altria Group, Inc., and Philip Morris USA, Inc.* | Morgan & Morgan P.A. |
| 2 | 3:19-cv-06562 | Lough, Samantha | *Samantha Lough v. JUUL Labs, Inc.* | Watts Guerra LLP |
| 3 | 3:19-cv-08178 | Lovaasen, Madison | *Madison Lovaasen v. JUUL Labs, Inc.* | Watts Guerra LLP |
| 4 | 3:19-cv-08322 | K.C. | *K.C., a minor by and through her parent/next friend, Kimberly Jones v. JUUL Labs, Inc., PAX Labs, Inc., Altria Group, Inc., and Philip Morris USA, Inc.* | Morgan & Morgan P.A. |
| 5 | 3:20-cv-00093 | Thompson, McKenzie | *McKenzie Thompson v. JUUL Labs, Inc.* | Watts Guerra LLP |
| 6 | 3:20-cv-00094 | Miller, Noah | *Noah Miller v. JUUL Labs, Inc.* | Watts Guerra LLP |
| 7 | 3:20-cv-00362 | Ritter, Tucker | *Tucker Ritter v. JUUL Labs, Inc., PAX Labs, Inc., Altria Group, Inc., and Philip Morris USA, Inc.* | Morgan & Morgan P.A. |
| 8 | 3:20-cv-00902 | Francis, Dalaiah | *Dalaiah Francis v. Juul Labs, Inc.* | Watts Guerra LLP |
| 9 | 3:20-cv-02252 | Eggers, Corvonne | *Corvonne Eggers v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 10 | 3:20-cv-02377 | Coffield, Parker | *Parker Coffield v. Juul Labs, Inc., et al.* | Morgan & Morgan P.A. |
| 11 | 3:20-cv-02513 | Scott, Kelli | *Kelli Scott v. JUUL Labs, Inc. et al.* | Berger Montague P.C. |
| 12 | 3:20-cv-02659 | Rosen, Asher | *Asher Rosen v. JUUL Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 13 | 3:20-cv-02874 | Arendt, Ryan | *Ryan Arendt v. Juul Labs, Inc., et al.* | Pulaski Law Firm |
| 14 | 3:20-cv-03429 | Bosley, Brittany | *Brittany Bosley v. Juul Labs, Inc., et al.* | Morgan & Morgan P.A. |
| 15 | 3:20-cv-03479 | Rasheed, Karam | *Karam Rasheed v. Juul Labs, Inc., et al.* | Morgan & Morgan P.A. |
| 16 | 3:20-cv-03523 | Heine, Jacob | *Jacob Heine v. Juul Labs, Inc., et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 17 | 3:20-cv-05398 | Kramer, George | *George Kramer v. Juul Labs, Inc. et al.* | Levin Simes Abrams LLP |
| 18 | 3:20-cv-05601 | Distefano, Tanya | *Tanya Distefano v. Juul Labs, Inc. et al.* | Laminack, Pirtle & Martines |
| 19 | 3:20-cv-05985 | Morgan, Shenikqua | *Shenikqua Morgan v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 20 | 3:20-cv-06269 | Parsons, Hunter | *Hunter Parsons v. Juul Labs, Inc. et al.* | The Simon Law Firm, P.C. |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 21 | 3:20-cv-06837 | Joachim, Aya | *Aya Joachim v. Juul Labs, Inc.* | Methvin, Terrell, Yancey, Stephens & Miller, P.C. |
| 22 | 3:20-cv-07111 | Oen, Isaac | *Isaac Oen v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 23 | 3:20-cv-07328 | Schultz, Alan | *Alan Schultz v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 24 | 3:20-cv-07501 | Araujo, David | *David Araujo v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 25 | 3:20-cv-07960 | A.J. | *Crystal Dogua o/b/o A.J. v. Juul Labs, Inc. et al.* | Laminack, Pirtle & Martines |
| 26 | 3:20-cv-07962 | Rubio, Brittney | *Brittney Rubio v. Juul Labs, Inc. et al.* | Laminack, Pirtle & Martines |
| 27 | 3:20-cv-08039 | Parry, Jonathan | *Jonathan Parry v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 28 | 3:20-cv-08154 | Davis, Andrew | *Andrew Davis v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 29 | 3:20-cv-08195 | Finch, Emma | *Emma Finch v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 30 | 3:22-cv-08186 | Jones, John | *John Jones v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 31 | 3:20-cv-08394 | Parrish-Owens, Allen | *Allen Parrish-Owens v. Juul Labs, Inc. et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A. |
| 32 | 3:20-cv-08430 | R.R. | *R.R., by and through his parent and next friend, Aretha Rowe v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 33 | 3:20-cv-08428 | Ali, Alisha | *Alisha Ali v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 34 | 3:20-cv-08630 | Pedersen, Dylan | *Dylan Pedersen v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 35 | 3:20-cv-08572 | Cali, John | *John Cali v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 36 | 3:20-cv-08577 | McAlister, Sage | *Sage McAlister v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 37 | 3:20-cv-08760 | Grace, Kirsten | *Kristen Grace v. Juul Labs, Inc. et al.* | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP |
| 38 | 3:20-cv-08788 | Zelaya, Ariel | *Ariel Zelaya v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 39 | 3:20-cv-08789 | Ellison, Harrison | *Harrison Ellison v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 40 | 3:20-cv-08822 | Ambrose, Tanner | *Tanner Ambrose v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 41 | 3:20-cv-08838 | Keller, Aidan | *Aidan Keller v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 42 | 3:20-cv-08961 | Cox, Colton C. | *Colton C. Cox v. Juul Labs, Inc., et al.* | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP |
| 43 | 3:20-cv-08787 | Deibert, Christian | *Christian Deibert v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 44 | 3:20-cv-09033 | Dumlao, Justice | *Justice Dumlao v. Juul Labs, Inc., et al.* | Morgan & Morgan P.A. |
| 45 | 3:20-cv-09151 | Stone, Dylan | *Dylan Stone v. Juul Labs, Inc.* | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP |
| 46 | 3:21-cv-09241 | Mathews, Skyler Rose | *Skyler Rose Mathews v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 47 | 3:21-cv-09282 | Mamboleo, Collins | *Collins Mamboleo v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 48 | 3:20-cv-09304 | Morris, Matthew | *Matthew Morris v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 49 | 3:21-cv-00383 | Winters, Julian | *Julian Winters v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 50 | 3:21-cv-00543 | Hamilton, Jayden | *Jayden Hamilton v. Juul Labs, Inc. et al.* | Parker Waichman LLP |
| 51 | 3:21-cv-00562 | Carin, Dominic | *Dominic Carin v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 52 | 3:21-cv-00746 | Robinson, Chelsea | *Chelsea Robinson v. Juul Labs, Inc. et al.* | Laminack, Pirtle & Martines |
| 53 | 3:21-cv-01314 | Serafini, Mackenzie | *Makenzie Serafini v. Juul Labs, Inc. et al.* | Schlesinger Law Offices, P.A. |
| 54 | 3:21-cv-02029 | Dew, Jackson | *Jackson Dew v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 55 | 3:21-cv-02045 | Stewart, Anthony | *Anthony Stewart v. Juul Labs, Inc. et al.* | Schlesinger Law Offices, P.A. |
| 56 | 3:21-cv-02080 | Terry, Brandon | *Brandon Terry v. Juul Labs, Inc. et al.* | Schlesinger Law Offices, P.A. |
| 57 | 3:21-cv-02663 | Davis, Christina | *Christina Davis v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 58 | 3:21-cv-02792 | Kitchen, Jacob | *Jacob Kitchen v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 59 | 3:21-cv-05186 | Weller, Adam | *Adam Weller v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 60 | 3:21-cv-05658 | Bolanos, Max | *Max Bolanos v. Juul Labs, Inc. et al* | Morgan & Morgan P.A. |
| 61 | 3:21-cv-06007 | Warren, Caleb Mondrell | *Caleb Mondrell Warren v. Juul Labs, Inc. et al.* | Levin Simes Abrams LLP |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 62 | 3:21-cv-06264 | Good, Elijah | *Elijah Good v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 63 | 3:21-cv-06307 | Altusky, Aryeh | *Aryeh Altusky v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 64 | 3:21-cv-07115 | Adams, Carissa Dawn | *Carrissa Dawn Adams v. Juul Labs, Inc. et al* | Degaris, Wright, McCall |
| 65 | 3:22-cv-06601 | Roach, Michael | *Michael Roach v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 66 | 3:21-cv-07337 | Thompson, Dawson | *Dawson Thompson v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 67 | 3:21-cv-07620 | Campbell, Elizabeth | *Elizabeth Campbell v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 68 | 3:21-cv-07885 | Evans, Victoria | *Victoria Evans v. Juul Labs, Inc. et al.* | Laminack, Pirtle & Martines |
| 69 | 3:21-cv-08193 | Horton, Jules | *Jules Horton v. Juul Labs, Inc. et al* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 70 | 3:21-cv-09535 | Dang, Joshua | *Joshua Dang v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 71 | 3:21-cv-09083 | Vance, Danielle | *Danielle Vance v. Juul Labs, Inc. et al* | Morgan & Morgan P.A. |
| 72 | 3:22-cv-00028 | Morris, Jeremy | *Jeremy Morris v. Juul Labs, Inc. et al.* | Schlesinger Law Offices, P.A. |
| 73 | 3:22-cv-00458 | Davis, William | *William Davis v. Juul Labs, Inc., et al* | Morgan & Morgan P.A. |
| 74 | 3:22-cv-02471 | Christoph, Russell | *Russell Cristoph v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 75 | 3:22-cv-02759 | Yee, Luke | *Luke Yee v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 76 | 3:22-cv-02757 | B.J.D. | *Rebecca Dowell obo of minor, B.J.D. v. Juul Labs, Inc. et al.* | Crueger Dickinson LLC;Greg Coleman Law;Wallace Miller |
| 77 | 3:22-cv-02764 | Brudke, Jacob | *Jacob Brudke v. Juul Labs, Inc. et al.* | Crueger Dickinson LLC;Greg Coleman Law;Wallace Miller |
| 78 | 3:22-cv-03701 | Giroux-Piwtarak, Demetrius | *Demetrius Giroux-Piwtarakv. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 79 | 3:22-cv-03932 | Coffey, Sydnee | *Sydnee Coffey v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 80 | 3:22-cv-04010 | Hedeby, Jessie | *Jessie Hedeby v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 81 | 3:22-cv-04355 | T.C. | *Trevor Cobb Sr., Individually and as Father and Natural Guardian of T.C., a Minor v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 82 | 3:22-cv-04840 | Neris, Nicholas | *Nicholas Neris v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 83 | 3:22-cv-05494 | Lingvay, Domenik | *Domenik Lingvay v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 84 | 3:22-cv-05523 | Roberson, Madison | *Madison Roberson v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 85 | 3:22-cv-05571 | Ullom, Alexander | *Alexander Ullom v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 86 | 3:22-cv-04960 | McKee, Christian | *Christian McKee v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 87 | 3:22-cv-05842 | Coonan, Christopher | *Christopher Coonan v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 88 | 3:22-cv-05837 | Love, Angelique | *Angelique Love v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 89 | 3:22-cv-05908 | Chaplain, Samuel | *Samuel Chaplain v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 90 | 3:22-cv-05918 | Amann-Aaron, Trent | *Trent Amann-Aaron v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 91 | 3:22-cv-05927 | Millet, Zachary | *Zachary Millet v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 92 | 3:22-cv-06160 | Brown, Kelly | *Kelly Brown v. Juul Labs, Inc. et al.* | Frazer PLC |
| 93 | 3:22-cv-06286 | Jones, Benjamin | *Benjamin Jones v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 94 | 3:22-cv-06289 | Andrews, Bethany | *Bethany Andrews v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 95 | 3:22-cv-06290 | Armstrong, Dalton | *Dalton Armstrong v. Juul Labs, Inc. et al.* | Goza & Honnold LLC |
| 96 | 3:22-cv-06342 | Farrell, Cailey | *Cailey Farrell v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 97 | 3:22-cv-06361 | Babajan, Gagik | *Gagik Babajan v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 98 | 3:22-cv-06585 | Webster, Nathaniel | *Nathaniel Webster v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 99 | 3:22-cv-06647 | Watson, Gabe | *Gabe Watson v. Juul Labs, Inc. et al* | Morgan & Morgan P.A. |
| 100 | 3:22-cv-06683 | Gryl, Devin | *Devin Gryl v. Juul Labs, Inc. et al* | Morgan & Morgan P.A. |
| 101 | 3:22-cv-06757 | McCormick, Mya | *Mya McCormick v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 102 | 3:22-cv-06776 | Goins, Angel | *Angel Goins v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 103 | 3:22-cv-06789 | Sweeney, Celaya | *Celaya Sweeney v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 104 | 3:22-cv-06813 | Webb, Emma | *Emma Webb v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 105 | 3:22-cv-06818 | Nall, Faith | *Faith Nall v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 106 | 3:22-cv-06866 | Santibanez, Ivan | *Ivan Santibanez v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 107 | 3:22-cv-06883 | O'Brien, John | *John O'Brien v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 108 | 3:22-cv-06972 | Lowe, Madi | *Madi Lowe v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 109 | 3:22-cv-07133 | Salter, Mackenzie | *Mackenzie Salter v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 110 | 3:22-cv-07135 | Meade, Richard | *Richard Meade v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 111 | 3:22-cv-07401 | Stranger, Peyton | *Peyton Stranger v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 112 | 3:22-cv-07551 | Nickell, Devin | *Devin Nickell v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 113 | 3:22-cv-07561 | Lyons, Austin Paul | *Austin Paul Lyons v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 114 | 3:22-cv-07570 | Everswick, Jake | *Jake Everswick v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 115 | 3:22-cv-07572 | Sanders, Thomas | *Thomas Sanders v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 116 | 3:22-cv-07575 | Tanner, Valerie | *Valerie Tanner v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 117 | 3:22-cv-07841 | Chaloux, Dylans | *Dylan Chaloux v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 118 | 3:22-cv-07855 | Lamb, Johnny | *Johnny Lamb v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 119 | 3:22-cv-07899 | Bascetta, Michael | *Michael Bascetta v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 120 | 3:22-cv-08055 | Lodridge, Paul James | *Paul James Lodridge v. Juul Labs, Inc. et al.* | ASK LLP |
| 121 | 3:22-cv-08114 | Tobon, Andres | *Andres Tobon v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 122 | 3:22-cv-08142 | Wilder, Justin | *Justin Wilder v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 123 | 3:22-cv-08187 | Johnson, Austin | *Austin Johnson v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 124 | 3:22-cv-08192 | Akinin, Arie | *Arie Akinin v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 125 | 3:22-cv-08256 | Marshall, Kelly | *Kelly Marshall v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 126 | 3:22-cv-08261 | Iania, Michael | *Michael Iania v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 127 | 3:22-cv-08268 | Kaysar, James | *James Kaysar v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 128 | 3:22-cv-08309 | S.N. | *S.N., a minor, by and with their parent and natural guardian, James Nolte v. Juul Labs, Inc. et al.* | Allen & Nolte, PLLC |
| 129 | 3:22-cv-08333 | Cade, Alex | *Alex Cade v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 130 | 3:22-cv-08337 | Smizek, Preston | *Preston Smizek v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 131 | 3:22-cv-08350 | Gaustad, Siara | *Siara Gaustad v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 132 | 3:22-cv-08503 | Ratliff, Kyree | *Kyree Ratliff v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 133 | 3:22-cv-08523 | Groves, Skyler | *Skyler Groves v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 134 | 3:22-cv-08563 | Vega, Jasmariah | *Jasmariah Vega v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 135 | 3:22-cv-08698 | Romero, Desiree | *Desiree Romero v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 136 | 3:22-cv-08842 | Estrella, Antonii | *Antonii Estrella v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 137 | 3:22-cv-08831 | Holland, Alex | *Alex Holland v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 138 | 3:22-cv-05790 | Claeys, Joshua | *Joshua Claeys v. Juul Labs, Inc., et al.* | Morgan & Morgan |
| 139 | 3:22-cv-08012 | Gunn, George | *George Gunn v. JUUL Labs, Inc. et al* | Beasley Allen |
| 140 | 3:22-cv-06623 | Jennings, Dani | *Dani Jennings v. Juul Labs, Inc., et al.* | Morgan & Morgan |
| 141 | 3:22-cv-06944 | Furness, Lana | *Lana Furness v. Juul Labs, Inc., et al* | Morgan & Morgan |
| 142 | 3:20-cv-07671 | Gray, Erica | *Erica Gray v. Juul Labs, Inc. et al.* | Goza & Honnold LLC |
| 143 | 3:20-cv-08904 | Taylor, Benjamin | *Benjamin Taylor v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 144 | 3:20-cv-09426 | White, Nicholas | *Nicholas White v. Juul Labs, Inc. et al.* | Goza & Honnold LLC |
| 145 | 3:20-cv-09504 | Brand, Christian | *Christian Brand v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 146 | 3:21-cv-00839 | James, Casside | *Casside James v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 147 | 3:21-cv-01060 | Gillispie, William | *William Gillispie v. Juul Labs, Inc. et al.* | TorHoerman Law, LLC |
| 148 | 3:21-cv-01914 | Anderson, Ethan | *Jesse Anderson v. Juul Labs, Inc. et al.* | Schlesinger Law Offices, P.A. |
| 149 | 3:21-cv-02914 | Higgins, Cory | *Cory Higgins v. Juul Labs, Inc. et al.* | TorHoerman Law, LLC |
| 150 | 3:21-cv-04765 | Arraez, Aaron | *Aaron Arraez v. Juul Labs Inc. et al.* | Pulaski Law Firm |
| 151 | 3:21-cv-04761 | Snow, Noah | *Noah Snow v. Juul Labs, Inc. et al.* | Pulaski Law Firm |
| 152 | 3:21-cv-05454 | Smith, Elissa | *Elissa Smith v. Juul Labs, Inc. et al* | Pulaski Kherkher, PLLC |
| 153 | 3:21-cv-05671 | Blackson, Lyric | *Lyric Blackson v. Juul Labs, Inc. et al* | Wagstaff & Cartmell LLP |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 154 | 3:21-cv-05874 | Vaughn, Taylor | *Taylor Vaughn v. Juul Labs, Inc. et al.* | Wagstaff & Cartmell LLP |
| 155 | 3:21-cv-07099 | Hart, Dylan | *Dylan Hart v. Juul Labs, Inc. et al* | Pulaski Kherkher, PLLC |
| 156 | 3:21-cv-09321 | Kirby, Julia | *Julia Kirby v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 157 | 3:21-cv-09077 | Marlow, Fraser | *Fraser Marlow v. Juul Labs, Inc. et al* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 158 | 3:21-cv-09814 | Wuthnow, Sarah | *Sarah Wuthnow v. Juul Labs, Inc. et al* | Frantz Law Group, APLC |
| 159 | 3:22-cv-00235 | Darcy, Courtney | *Courtney Darcy v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 160 | 3:22-cv-01284 | Legrett, Joseph | *Joseph Legrett v. Juul Labs, Inc. et al* | Pulaski Kherkher, PLLC |
| 161 | 3:22-cv-01322 | McLaughlin, Christopher | *Christopher Mclaughlin v. Juul Labs, Inc. et al* | Pulaski Kherkher, PLLC |
| 162 | 3:22-cv-02599 | Dixon, Sedrick | *Sedrick Dixon v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 163 | 3:22-cv-02603 | Cody, Charli | *Charli Cody v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 164 | 3:22-cv-03398 | Asser, Mascud | *Mascud Asser v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 165 | 3:22-cv-03615 | Jardine, Dallas | *Dallas Jardine v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 166 | 3:22-cv-05727 | Mazzarelli, Kathryne | *Kathryne Mazzarelli v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 167 | 3:22-cv-06027 | Davis, Nicolas | *Nicolas Davis v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 168 | 3:22-cv-06097 | Ford, Devon | *Devon Ford v. Juul Labs, Inc. et al.* | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 169 | 3:22-cv-08182 | Hobbs, Jessie | *Jessie Hobbs v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 170 | 3:21-cv-03191 | Figueroa, Joel | *Figueroa v. Juul Labs, Inc. et al* | Pulaski Kherkher, PLLC |
| 171 | 3:22-cv-05810 | Karaburk, Kristopher | *Karaburk v. Juul Labs, Inc. et al* | Morgan & Morgan |
| 172 | 3:21-cv-07460 | Williams, Andrew Debus | *Andrew Debus Williams v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 173 | 3:22-cv-04280 | Dejarnette, Chloe C. | *Chloe C. Dejarnette v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 174 | 3:22-cv-07745 | Mullaney, Justin | *Justin Mullaney v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 175 | 3:22-cv-08106 | Christman, Lisa | *Lisa Christman v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 176 | 3:22-cv-03934 | Keaton, Paige L. | *Paige L. Keaton v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 177 | 3:22-cv-08580 | Edwards, Courtney | *Courtney Edwards v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 178 | 3:22-cv-07584 | Aery, Jason | *Jason Aery v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 179 | 3:20-cv-02223 | Thacker, Kaitlyn | *Kaitlyn Thacker v. JUUL Labs, Inc. et al.* | Watts Guerra LLP |
| 180 | 3:21-cv-00387 | Pratt, Trevor | *Trevor Pratt v. Juul Labs, Inc. et al.* | Watts Guerra LLP |
| 181 | 3:20-cv-06240 | Pena, Ivan | *Ivan Pena v. Juul Labs, Inc. et al.* | Morgan & Morgan P.A. |
| 182 | 3:20-cv-00758 | Stec, Jacqueline M. | *Jacqueline M. Stec v. JUUL Labs, Inc., PAX Labs, Inc., Altria Group, Inc., & Philip Morris USA, Inc.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A. |
| 183 | 3:21-cv-01058 | Cooley, Kelly | *Kelly Cooley v. Juul Labs, Inc. et al.* | TorHoerman Law, LLC |
| 184 | 3:21-cv-06054 | Blackett, Dylan | *Dylan Blackett v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |
| 185 | 3:22-cv-07112 | Brilhante, Destinie | *Oscar Akins, an individual, Ali Al-Rekabi, an individual, Michele Alspach, Individually, and on behalf of Madison Alspach, a minor Ashlin Ambrose, an individual, Jamie Arnold, an individual, Griffin Bartholomew, an individual, Anthony Batista, an individual, Timothy Fabio, an individual, Steven Beauregard, an individual, Emilee Bertagnole, an individual, Tammi Bethel, Individually, and on behalf of J.B., a minor, Savanna Bond, Individually, and on behalf of V.Z., a minor, Destinie Brilhante, an individual,* | Douglas & London, P.C. |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| | | | *Jerimy Brockett, an individual, Lawren Brown, an individual v. Juul Labs, Inc. et al.* | |
| 186 | 3:22-cv-07111 | Davis, Zachary | *Charles Kerner, an individual, Brendan Byther, an individual, Bryce Cady, an individual, Morgan Cahill, an individual, Ashten Coker, an individual, Edgardo Colmenares, an individual, Jaden Comerford, an individual, Austin Cronin, an individual, Rachel Curiale, an individual, Nicole D'Alesandro, an individual, Zachary Davis, an individual, Tyler Desherlia, an individual, Sebastian Dixon, an individual, Domenica Dolcimascolo, an individual, Cameron Dziedzic, an individual, v. Juul Labs, Inc. et al.* | Douglas & London, P.C. |
| 187 | 3:22-cv-08220 | McLaughlin, Sean | *Jannette Swingle, an individual, Sean McLaughlin, an individual, Albert Medrano-Lopez, an individual, Hunter Melrose, an individual, Jaden Meyer, an individual, Dylan Mizo, an individual, Brandi Cotters, Individually, and on behalf of H.C., a minor, Brenda Gill, Individually, and on behalf of S.G., a minor Tiffany Johnson, Individually, and on behalf of K.D., a minor Jackie Krieger, Individually, and on behalf of L.K., a minor Joscelyn Noble-Gann, an individual, John Ocampo, an individual, Nathan Ortiz, an individual, Victor Pavon, an individual, Gabriel Pelletier,* | Douglas & London, P.C. |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| | | | *an individual v. Juul Labs, Inc. et al.* | |
| 188 | 3:22-cv-08220 | Medrano-Lopez, Albert | *Jannette Swingle, an individual, Sean McLaughlin, an individual, Albert Medrano-Lopez, an individual, Hunter Melrose, an individual, Jaden Meyer, an individual, Dylan Mizo, an individual, Brandi Cotters, Individually, and on behalf of H.C., a minor, Brenda Gill, Individually, and on behalf of S.G., a minor Tiffany Johnson, Individually, and on behalf of K.D., a minor Jackie Krieger, Individually, and on behalf of L.K., a minor Joscelyn Noble-Gann, an individual, John Ocampo, an individual, Nathan Ortiz, an individual, Victor Pavon, an individual, Gabriel Pelletier, an individual v. Juul Labs, Inc. et al.* | Douglas & London, P.C. |
| 189 | 3:22-cv-08220 | Melrose, Hunter | *Jannette Swingle, an individual, Sean McLaughlin, an individual, Albert Medrano-Lopez, an individual, Hunter Melrose, an individual, Jaden Meyer, an individual, Dylan Mizo, an individual, Brandi Cotters, Individually, and on behalf of H.C., a minor, Brenda Gill, Individually, and on behalf of S.G., a minor Tiffany Johnson, Individually, and on behalf of K.D., a minor Jackie Krieger, Individually, and on behalf of L.K., a minor Joscelyn Noble-Gann, an individual, John Ocampo, an individual, Nathan Ortiz, an individual, Victor Pavon, an* | Douglas & London, P.C. |

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| | | | *individual, Gabriel Pelletier, an individual v. Juul Labs, Inc. et al.* | |
| 190 | 3:22-cv-08220 | Meyer, Jaden | *Jannette Swingle, an individual, Sean McLaughlin, an individual, Albert Medrano-Lopez, an individual, Hunter Melrose, an individual, Jaden Meyer, an individual, Dylan Mizo, an individual, Brandi Cotters, Individually, and on behalf of H.C., a minor, Brenda Gill, Individually, and on behalf of S.G., a minor Tiffany Johnson, Individually, and on behalf of K.D., a minor Jackie Krieger, Individually, and on behalf of L.K., a minor Joscelyn Noble-Gann, an individual, John Ocampo, an individual, Nathan Ortiz, an individual, Victor Pavon, an individual, Gabriel Pelletier, an individual v. Juul Labs, Inc. et al.* | Douglas & London, P.C. |
| 191 | 3:22-cv-07762 | Smith, Jeremy | *Jeremy Smith v. Juul Labs, Inc. et al.* | Napoli Shkolnik PLLC |
| 192 | 3:22-cv-08233 | Crist, John | *John Crist v. Juul Labs, Inc. et al.* | Pulaski Kherkher, PLLC |